# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 24, 2021

Ms. Erica Mae Fumagalli
Mr. Mark E. Parrish
Mr. Joshua A. Sanders
BOYD & KENTER
Suite 200
221 W. Lexington Avenue
Independence, MO  64050

   RE:  21-1822  AMCO Insurance Company, et al v. Columbia Maintenance Company, et al
        21-1823  AMCO Insurance Company, et al v. Harold Barnett, et al

Dear Counsel,

   Please be advised that the caption for case 21-1822 has been changed to remove Appellant William Hausman.  Pursuant to a call to your office, it was confirmed that he is not party to this appeal.

   Please find a corrected caption attached.  If we can be of additional service, please do not hesitate to contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:   Mr. John D. Cooney
      Mr. Gregory J. Linhares
      Ms. Gretchen Godar Myers
      Mr. Russell F. Watters

   District Court/Agency Case Number(s):  4:19-cv-02202-SRC

**Caption For Case Number:   21-1822**

**June 24, 2021**

  District Court/Agency Case Number(s):  4:19-cv-02202-SRC

---

**AMCO Insurance Company; Depositors Insurance Company**

  **Plaintiffs - Appellees**

**v.**

**Columbia Maintenance Company; MK Maintenance, LLC**

  **Defendants - Appellants**

**Columbia Maintenance Company, doing business as MK Maintenance; William Hausman; Harold Barnett; Charles Taylor**

  **Defendants**

**Frank Hausman**

  **Defendant - Appellant**

---

**Caption For Case Number:   21-1823**

AMCO Insurance Company; Depositors Insurance Company

  Plaintiffs - Appellees

v.

Columbia Maintenance Company; MK Maintenance, LLC; Columbia Maintenance Company, doing business as MK Maintenance; William Hausman

  Defendants

Harold Barnett; Charles Taylor

  Defendants - Appellants

Frank Hausman

  Defendant